**Exhibit A to the Complaint**

**Location:** Collingswood, NJ  
**Total Works Infringed:** 24  

**IP Address:** 71.226.241.81  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1C61ABC608F28FE0EB1B8115519CA139B67455B0 | Blacked | 09/21/2017 01:45:10 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 2 | 084FCDA7C84964DA6E1B05353EE42CFC4B78A5B8 | Tushy | 05/07/2017 10:29:47 | 05/06/2017 | 06/15/2017 | 15389210313 |
| 3 | 1A1CA004C58E86F2113AD02995E1387B4A025D32 | Blacked | 05/16/2017 14:27:33 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 4 | 1A37192F71792A4EFDC6AFC62360A9B825CA9118 | Blacked | 05/11/2017 22:23:19 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 5 | 3C42D23AF6864A00AE4CBA8B257DE842262A5911 | Blacked | 05/25/2017 20:27:24 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 6 | 3CC457CC799E21AEADDA7D5E0EA1A77B64A1C98C | Blacked | 08/10/2017 14:06:01 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 7 | 5D4CD9F0E22408F6358433772065C4ACD903FC9C | Blacked | 09/19/2017 13:35:36 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 8 | 60C95D0BE2768F19B3B85DDBECABD4D5B1D721BF | Blacked | 06/20/2017 19:00:42 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 9 | 69AC2D8751ABF0FED5C443A1CE77A7C7529B7AC9 | Vixen | 08/20/2017 23:18:43 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 10 | 771C669842BE814DA19F886EDF5E759B0EC4BF37 | Blacked | 07/05/2017 22:40:15 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 11 | 8737D7D0823BFF5EE9801800DA9E329821895E31 | Blacked | 08/29/2017 14:47:58 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 12 | 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5 | Blacked | 06/05/2017 17:52:57 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 13 | 94A81A56891381F734319A2788FD748F0BBCE7A9 | Blacked | 10/12/2017 19:14:18 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 14 | A49C303512FCCDC538A8292572DC0DD5EEB07799 | Blacked | 06/04/2017 07:48:32 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 15 | B378CAEB9DFA80E256C29E523B89DDF82169A9A8 | Vixen | 07/09/2017 12:27:48 | 07/08/2017 | 08/17/2017 | 15732903239 |
| 16 | BE8008843ED020768FA42F16F33458E623A3DF2C | Blacked | 11/02/2017 16:22:06 | 11/01/2017 | 11/15/2017 | 16013342262 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 07/13/2017 20:11:27 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 18 | CCE778953AEE2A0F0D345FB65E6A351232BB0AC0 | Blacked | 10/30/2017 06:18:34 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 19 | CFD8561C6C264CCE97E1895E41C6F280B65A0A7E | Blacked | 06/15/2017 18:19:46 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 20 | D2889A8FCCA99055C3831F82CD1087A9D1DAC521 | Blacked | 10/20/2017 19:05:23 | 03/26/2017 | 06/05/2017 | PA0002052857 |
| 21 | D4E2A854B0814D717B082BDE84BDE04FC1FEA8E9 | Blacked | 09/19/2017 14:14:25 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 22 | EA9B3A53CA20ACAF75F495FB1ECF65A7A12B895A | Blacked | 06/30/2017 16:44:37 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 23 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/23/2017 15:50:07 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 24 | FC20A4C3CF2AD75B0D5683C73C6D5EE891B4495E | Blacked | 07/10/2017 01:54:12 | 07/09/2017 | 08/17/2017 | 15732782151 |